|  |  |  |
|---|---|---|
| **CLEMENTE** | : | **UNITED STATES DISTRICT COURT** |
|  | : |  |
|  | : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** | : |  |
|  | : |  |
|  | : | **Hon. Jose L. Linares** |
| **-vs-** | : | **Civil Action No. 09-1782 (JLL) (CCC)** |
| **PRESTIGE OF BERGEN, INC.** | : |  |
|  | : | **ORDER ON ORAL MOTION** |
|  | : | **REMOVING CASE FROM** |
| **Defendant(s)** | : | **ARBITRATION** |
|  | : |  |

The above entitled case has been assigned to me for case management.

**THIS MATTER** having been brought before the Court for a scheduling conference on June 22, 2009; and for good cause shown:

**IT IS on this 7th day of July, 2009**

**ORDERED THAT** the above matter shall be removed from the Court arbitration program.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File